FILED
APR 11 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Erendira Rangel-Palacios
4581 Pacific Riviera Way
San Diego California, 92154
619 882-0088
Palacios_91910@yahoo.com

ERENDIRA RANGEL-PALACIOS
IN PRO PER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erendira Rangel-Palacios | Case **16 CV 0872 AJB BLM** |
| Plaintiff(s), | Plaintiff's complaint for Discrimination; |
| vs. | 1. Retaliation<br>2. Disability<br>3. Age<br>4. Sexual Harassment |
| Sweetwater Union High School District, a public entity; and DOES 1 to 18 | DEMAND FOR JURY |
| Defendant(s). | |

DATED: April 11, 2016

_Erendira Rangel-Palacios_
Erendira Rangel-Palacios
In Pro Per

- 1 -

INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

**Statement of Claim**

Respondent, Sweetwater Union High School District, under direction of Superintendent Ed Brand, Sandra Huezo Superintendent of human Resources and Melena Aubry director of human resources retaliated against me after the Worker's Compensation Court found the SUHSD responsible and at fault in case number ADJ7263932 (one of my students threaten to kill me and to cause harm to my students inside my classroom). In this court decision, it was established that I suffered a disability. Therefore, SUHSD was directed to provide me with accommodations to perform my teaching job. However, the SUHSD refused to provide me with accommodations. Instead, The SUHSD administrators created a hostile work environment and planted students in my classes to harass, to torment and to anguish me to terminate my professional career. I was receiving no administrative assistance to do my job. I filed two complaints with EEOC (488-2016-00149) and (488-2013-00267)for discrimination involving retaliation, disability, age and sexual harassment discrimination. The planted students' violent actions were protected by the administrators. I called the police to report the Swastikas and dead treats written on lab benches, books, and students' desks, and to take note of false accusation on administrative meeting were I was presented with accusations on paper only (no physical presence of accusers), however: the school principal did not allow the police to enter my room or office to take a report. The assistant principal referrals that I wrote for planted students' misbehavior were changed to accusations against me. When a planted student brought a laser to my classroom and refused to stop pointing it to my face while I was teaching, the assistant principals blamed two limited English proficient students for this incident. Even though, the campus assist, assistant principal of ASB, and my 31 students witnessed this incident.

To protect the well-being and safe learning environment of my students and mine, I requested two restraining orders against these planted students who are relatives and friends of district administrators. I also called the police to report the Swastikas and dead treats against me written on lab benches, books, and students' desks, however: the school principal did not allow the police to enter my room to take a report. I filed two complaints with EEOC for discrimination involving retaliation, disability, age and sexual harassment discrimination.

Defendants:                                              Dates (October 2011 to November 2014)

1. Sweetwater Union High School District

2. Sandra C. Huezo, Assistant Superintendent –discrimination

3. Milena Aubry, Director of Human Resources-discrimination

4. Ed Brand, ex- Superintendent SUHSD-discrimination

5. Bettina Battista, Bonita Vista High School Principal-discrimination

6. Ronne Pietila-Wiggs, Bonita Vista High School Assistant Principal-discrimination

7. Steven Wiggs, SUHSD coach, and SUHSD administrator-discrimination

8. Fernando Delgado, Bonita Vista High School Assistant Principal-discrimination

9. Brian Schultz, Bonita Vista High School Assistant Principal-discrimination

10. Carmela Perez, Classified employee-discrimination

11. Araceli Guzman, Bonita Vista H.S. Principal's Secretary and BVHS Parent-discrimination

12. Brian Koughl, Assistant Principal-discrimination

13. James Harlan, BVHS Parent of G. Harlan-discrimination

14. Mrs. Swanson, BVHS Parent of D. Swanson-discrimination

15. Mr. Greene, BVHS Parent of Z. Greene-discrimination

16. Mrs. Sanchez and Mr. Sancher, BVHS Parents of K. Sanchez-discrimination

17. Mr. Mixco, BVHS Parent of H. Mixco-discrimination

18. Parent of Anguiano, G student-discrimination

**Relief your request**

Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For money judgment for loss of employability, mental pain and anguish and emotional distress, according to proof;

2. For general, presumed and damages based upon damages to plaintiff personal reputation.

3. For money judgment representing compensatory damages including lost past and future wages, and all other sums of money, including employment benefits, together with interest on said amounts, and any other economic injury to Plaintiff, according to proof;

4. For an award of punitive damages against any and/or all Defendant(s);

5. For costs of suit, including attorney fees under any applicable statutory or contractual basis;

6. For prejudgment interest under Civil code 3288 and code of civil procedures 998 and any other applicable statutory, contractual basis;

- 3 -
INSERT DOCUMENT TITLE (e.g., MOTION TO STRIKE)

7. For prejudgment interest according to statute:

8. For cost of suit according to statute; and

9. For any other relief that is just and proper.

JURY TRAL DEMANDED

Plaintiff demands trial of all issues by jury.

I declare under penalty of perjury that the forgoing is true and correct

Date;   April 11, 2016

Signature

E RENDIRA   RANGEL- PALACIOS

Printed Name